IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. WATTS,                      )
                                       )
                    Petitioner,        )          No. C 05-3832 CRB (PR)
                                       )
        vs.                            )          ORDER
                                       )
T. C. OUTLAW, Warden,                  )          (Doc # 5)
                                       )
                    Respondent.        )
_____    )

        Petitioner's motion (doc # 5) "to amend and add a supplemental pleading" is

DENIED.  The court has made clear that petitioner cannot file a second or

successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 in this court

unless he first obtains from the United States Court of Appeals for the Ninth

Circuit an order authorizing this court to consider the petition. See 28 U.S.C. §

2244(b)(3)(A)

SO ORDERED.

DATED:  November 01, 2005

                                         _____
                                         CHARLES R. BREYER
                                         United States District Judge